No. 81–1556.  NAREL v. LIBURDI, WARDEN.  Sup. Ct. Conn.  Certiorari denied.

No. 81–1560.  VIGORITO v. NEW YORK.  Sup. Ct. N. Y., Kings County.  Certiorari denied.

No. 81–1562.  ADKINSON v. CAMPBELL, DIRECTOR, DIVISION OF CORRECTIONS OF ALASKA.  C. A. 9th Cir.  Certiorari denied.

No. 81–1566.  MANITOWOC ENGINEERING CO. v. TERRY ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 81–1569.  ROGERS, PRESIDENT OF THE UNIVERSITY OF TEXAS AT AUSTIN, ET AL. v. WHITE.  C. A. 5th Cir. Certiorari denied.

No. 81–1570.  HARLOW ET AL. v. SARGENT ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 81–1572.  LANE, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS v. ALLEN.  C. A. 7th Cir.  Certiorari denied.

No. 81–1573.  MCSHANE v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 81–1575.  RICE v. PRESIDENT AND FELLOWS OF HARVARD COLLEGE.  C. A. 2d Cir.  Certiorari denied.

No. 81–1582.  QUINN v. BURLINGTON NORTHERN INC. PENSION PLAN ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 81–1597.  KILCOYNE v. MORGAN ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 81–1647.  BRODERICK ET AL. v. UNITED STATES. C. A. 11th Cir.  Certiorari denied.